J. THOMAS WALLACE *vs.* NEW BEDFORD AND ONSET STREET RAILWAY COMPANY.

Plymouth.     March 8, 1927. — March 12, 1927.

Present: RUGG, C.J., BRALEY, PIERCE, CARROLL, & WAIT, JJ.

*Motor Vehicle,* Registration. *Way,* Public: unlawful use.

If the owner of a motor vehicle, properly registered, removes its motor and installs a new motor of the same make, type and kind, but with a different number, and then without new registration goes upon a public way where the vehicle is damaged in a collision resulting from negligence, but not from wilful nor wanton misconduct, upon the part of an employee of a street railway company, he cannot recover for such damage. Following *Staley* v. *Wilbur,* 258 Mass. 481.

TORT. Writ dated January 9, 1924.

In the Superior Court, the case was tried before *Walsh*, J. Material evidence is stated in the opinion. A verdict was entered for the defendant by order of the judge, who thereupon reported the action to this court for determination.

*L. Powers,* for the plaintiff.

No argument nor brief for the defendant.

BY THE COURT. This is an action of tort to recover for damage to an automobile truck resulting from a collision with an electric car of the defendant under circumstances warranting findings of due care on the part of the plaintiff and negligence on the part of the agent of the defendant, but not of his wilful and wanton misconduct. The automobile truck of the plaintiff had been duly registered. The day before the accident the plaintiff removed the motor described in his certificate of registration as number 73310, and installed a new motor of the same make, type and kind numbered 108300-N. There had been no new registration since the installation of the new motor. The plaintiff intended to go to Boston with the automobile truck when loaded, and to notify the registry of motor vehicles of the installation of the new motor.

Verdict was rightly ordered for the defendant. The case at bar is governed in every particular by *Staley* v. *Wilbur,* 258 Mass. 481. See also *Nichols* v. *Holyoke Street Railway,* 250 Mass. 88.

*Judgment for defendant.*